UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HAMMOND,<br>  Plaintiff,<br>  v.<br>GLENN COUNTY JAIL,[1]<br>  Defendant. | Case No. 16-cv-07209-DMR (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 and an application for *in forma pauperis* status. Dkts. 5, 7.

Plaintiff has consented to magistrate judge jurisdiction, and this matter has been assigned to the undersigned Magistrate Judge. Dkts. 4, 6.

The acts complained of occurred at the Glenn County Jail, which is located in the Eastern District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith. All pending motions are TERMINATED on this court's docket as no longer pending in this district.

IT IS SO ORDERED.

Dated: January 18, 2017

DONNA M. RYU
United States Magistrate Judge

---

[1] On January 12, 2017, Plaintiff filed a letter to the court indicating that he did not intend to list "Brian Lerma," who is a fellow inmate, as a named Defendant in this action. Dkt. 8. Instead, Plaintiff states that "Glenn County Jail" is the only named Defendant. *Id.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT HAMMOND,

    Plaintiff,

v.

BRIAN LERMA,

    Defendant.

Case No. 4:16-cv-07209-DMR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 18, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Hammond
Glenn County Jail
141 South Lassen St.
Willows, CA 95988

Dated: January 18, 2017

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU